**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JEFFREY BURKHAMER,

Plaintiff,

v. Case No. 3:25-cv-01104-TKW-HTC

THE UNIVERSITY OF WEST
FLORIDA BOARD OF TRUSTEES,

Defendant.
_________________________________________/

**JOINT MOTION TO REFER CASE TO SETTLEMENT CONFERENCE**

The Parties Jointly move this Court to refer this matter to a settlement Conference with the Magistrate Judge, the Honorable Hope Cannon, and in support thereof state the following:

1. This is a gender discrimination claim in which Plaintiff alleges his employment as the head men's basketball coach at the University of West Florida was terminated because of his gender – male.

2. Defendant denies that it terminated Plaintiff's employment based on his gender, or any other protected characteristic.

3. Discovery has been conducted in this matter, and the parties have a mediation deadline of April 1, 2026.

4. Because of the legal nuances in this case, and with counsel for both parties having conducted a settlement conference with Magistrate Cannon in the past, the parties feel that Magistrate Cannon is well suited to conduct the settlement conference in this matter.

WHEREFORE, the Parties jointly move this Court to enter an Order referring this case to a settlement conference to be conducted by Magistrate Cannon.

Dated this 11th day of March, 2026.

By: _/s/ Ryan B. Hobbs_
RYAN B. HOBBS, ESQ.
Fla. Bar No.: 44179
**BROOKS, LEBOEUF, FOSTER, GWARTNEY & HOBBS, P.A.**
909 E. Park Avenue
Tallahassee, FL 32301
(850) 222-2000 / (850) 222-9757 (fax)
rhobbs@toomuchatstake.com
jeanetta@toomuchatstake.com

*Attorneys for Plaintiff*

By: _/s/ Robert J. Sniffen_
ROBERT J. SNIFFEN, ESQ.
Fla. Bar No.: 0000795
KRISTEN C. DIOT, ESQ.
Fla. Bar No.: 118625
**SNIFFEN & HARMON, P.A.**
123 North Monroe Street
Tallahassee, FL 32301
(850) 205-1996 / (850) 205-3004 (fax)
rsniffen@sniffenlaw.com
kdiot@sniffenlaw.com
sanders@sniffenlaw.com

*Attorneys for Defendant*