**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**
**Civil Hearing Minutes**

# Honorable Hope T. Cannon, U.S. Magistrate Judge

| | |
|---|---|
| **Case Style:** | ***Jeffrey Burkhamer vs. The University of West Florida Board of Trustees*** |
| **Case No.:** | **3:25-cv-1104/TKW** |
| **Date:** | **May 26, 2026** |
| **Hearing:** | **Status Conference re: Finalization of Settlement Documents [ECF 22]** |

---

**Time Commenced: 4:00 p.m. Time Concluded: 4:23 p.m.**

**Court Reporter: None**

---

**<u>Present by Zoom for Plaintiff:</u>**

Ryan B. Hobbs, Esquire (Brooks LeBoeuf Foster, Etc – Tallahassee, Florida)

**<u>Present by Zoom for Defendant UWF Board of Trustees:</u>**

Robert J. Sniffen, Esquire (Sniffen & Harmon PA – Tallahassee, FL)

**<u>PROCEEDINGS</u>:**

| | |
|---|---|
| 4:00 a.m. | Court in session.<br>Status Conference re: Finalization of Settlement Documents [22] |
| 4:23 p.m. | Within thirty (30) days of today's date, the parties shall file a stipulation of dismissal or a status report based on the matters discussed in this hearing.<br>Court adjourned. |

Filed in open Court
May 26, 2026
CRD: kli