**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JEFFREY BURKHAMER**,

**Plaintiff**,

**v.** **Case No. 3:25-cv-1104-TKW-HTC**

**THE UNIVERSITY OF WEST FLORIDA BOARD OF TRUSTEES**,

**Defendant**.
_________________________________/

**ORDER OF DISMISSAL**

This case is before the Court based on Plaintiff's notice of voluntary dismissal (Doc. 26). The notice purports to dismiss this case with prejudice, but the case cannot be dismissed by a unilateral notice because Defendant filed an answer. See Fed. R. Civ. P. 41(a)(1)(A). However, because it was previously reported that this case was settled and because there is no apparent prejudice to Defendant if this case is dismissed with prejudice, the notice will be treated as a motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2). *See Sanchez v. Discount Rock & Sand*, 84 F.4th 1283, 1291-92 (11th Cir. 2023).

Accordingly, it is **ORDERED** that Plaintiff's notice/motion for voluntary dismissal is **GRANTED**, and this case is **DISMISSED** with prejudice under Fed. R. Civ. P. 41(a)(2). The Clerk shall close the case file.

**DONE and ORDERED** this 1st day of July, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**